## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :   No. 647 MAL 2020

          Respondent  :

                                     :   Petition for Allowance of Appeal

                                     :   from the Order of the Superior Court

          v.  :

                                       :

PAUL LITTLE,  :

          Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.